**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                  CASE NO. 13-21246-JKO
                                                                                        Chapter 7
BRIAN W. PIETZRAK,
SSN: xxx-xx-1851
            Debtor.
_____/

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO REOPEN CASE AND AVOID LIEN IMPAIRING EXEMPT HOMESTEAD PROPERTY**

      I HEREBY CERTIFY that a true and correct copy of the **ORDER GRANTING MOTION TO REOPEN CASE AND AVOID LIEN IMPAIRING EXEMPT HOMESTEAD PROPERTY** (DE # 27) was furnished to the parties listed below by the method indicated this **29th** day of November 2017.

                    SEGAUL LAW FIRM
                    300 S. Pine Island Road, Suite 304
                    Plantation, FL 33324
                    *T*: 954.424.3600 *F*: 954.423-3561
                    *Email*: John@Segaul.com

      BY:   /s/ John D. Segaul
                John D. Segaul, Esq.
                FL Bar No. 907405

**Via ECF Email:**
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-Atlas Acquisitions bk@atlasacq.com
-Leslie S. Osborne osbornetrustee@kennethrappaportlawoffice.com,
lso@trustesolutions.com;lo@trustesolutions.net

**Via Email:**
Resources Title, LLC to jared@resourceres.com and mikef@resourceres.com

**Via Certified Mail:**
Ford Motor Credit, LLC
c/o CT Corporation System, **Registered Agent**
1200 South Pine Island Road
Plantation, FL 33324

**Via U.S. Mail:**
Ford Motor Credit, LLC
c/o Moody, Jones & Ingino, P.A.
Bank of America Building
1333 S. University Dr., #201
Plantation, FL 33324

Brian W. Pietrzak
8623 NW 12 St # C-178
Plantation, FL 33322